PAMELA S. HOLLIS
**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
CHICAGO **DIVISION**

In re:                               §
                                     §
BRANTLEY, BRIAN                      §    Case No. 11-44422
                                     §
            Debtor(s)                §

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that PHILIP V. MARTINO, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
            CLERK OF THE BANKRUPTCY COURT
            219 SOUTH DEARBORN STREET, ROOM 713
            CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 06/19/2012 in Courtroom 644,
            United States Courthouse
            219 South Dearborn Street
            Chicago, IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 05/22/2012          By: Clerk of the Bankruptcy Court
                                     Clerk of the Bankruptcy Court


*PHILIP V. MARTINO*
*300 NORTH LASALLE STREET*
*SUITE 4000*
*CHICAGO, IL 60654*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## CHICAGO DIVISION

In re: §
  §
BRANTLEY, BRIAN § Case No. 11-44422
  §
  Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 12,169.05 |
| and approved disbursements of | $ | 3,669.05 |
| leaving a balance on hand of[1] | $ | 8,500.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: PHILIP V. MARTINO | $ 1,504.54 | $ 0.00 | $ 1,504.54 |
| Total to be paid for chapter 7 administrative expenses | | | $ 1,504.54 |
| Remaining Balance | | | $ 6,995.46 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 1,125.79  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Nelnet | $ 1,125.79 | $ 0.00 | $ 1,125.79 |
| | Total to be paid to priority creditors | | | $ 1,125.79 |
| | Remaining Balance | | | $ 5,869.67 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 4,912.38  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  100.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Citibank, N.A. | $ 4,912.38 | $ 0.00 | $ 4,912.38 |
| | Total to be paid to timely general unsecured creditors | | | $ 4,912.38 |
| | Remaining Balance | | | $ 957.29 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

      To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of  0.1  % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 2.70 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

      The amount of surplus returned to the debtor after payment of all claims and interest is $ 954.59 .

Prepared By: /s/Philip V. Martino
                                      Trustee

*PHILIP V. MARTINO*
*300 NORTH LASALLE STREET*
*SUITE 4000*
*CHICAGO, IL 60654*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                         United States Bankruptcy Court
                          Northern District of Illinois
In re:                                                        Case No. 11-44422-PSH
Brian Brantley                                                Chapter 7
         Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0752-1           User: kseldon              Page 1 of 2              Date Rcvd: May 23, 2012
                               Form ID: pdf006            Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 25, 2012.
db           +Brian Brantley,   11155 S. Esmond,    Chicago, IL 60643-4207
18000424     +American Express,   American Express Special Research,   Po Box 981540,   El Paso, TX 79998-1540
18000425     +Citibank Usa,   Citicorp Credit Services/Attn: Centraliz,   Po Box 20363,
               Kansas City, MO 64195-0363
18000426     +Fifth Third Bank,   Bankruptcy Department,,   1830 E Paris Ave Se,   Grand Rapids, MI 49546-6253
18000427     +Hsbc Bank,   Attn: Bankruptcy,   Po Box 5213,   Carol Stream, IL 60197-5213
18000428    #+Nationwide Credit & Co,   815 Commerce Dr. Suite 100,   Oak Brook, IL 60523-8839
18000431     +Tnb-Visa (TV) / Target,   C/O Financial & Retail Services,   Mailstop BV  P.O.Box 9475,
               Minneapolis, MN 55440-9475
18000432     +U S Dept Of Housing,   451 7th St Sw,   Washington, DC 20410-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18535997      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 24 2012 04:24:42      Citibank, N.A.,
               c/o American InfoSource LP,   PO Box 248840,   Oklahoma City, OK  73124-8840
18347315     +E-mail/Text: electronicbkydocs@nelnet.net May 24 2012 05:37:50      Nelnet,
               3015 South Parker Road Suite 400,   Aurora CO 80014-2904
18000429     +E-mail/Text: electronicbkydocs@nelnet.net May 24 2012 05:37:50      Nelnet Lns,
               Attention: Nelnet Claims,   Po Box 17460,   Denver, CO 80217-0460
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18000430*    +Nelnet Lns,   Attention: Nelnet Claims,   Po Box 17460,   Denver, CO 80217-0460
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 25, 2012**      **Signature:** _Joseph Speetjens_

```
District/off: 0752-1          User: kseldon            Page 2 of 2           Date Rcvd: May 23, 2012
                              Form ID: pdf006          Total Noticed: 11
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 22, 2012 at the address(es) listed below:
              Andrew J Nelson    on behalf of Creditor   Fifth Third Mortgage Company anelson@atty-pierce.com,
               northerndistrict@atty-pierce.com
              Ernesto D Borges    on behalf of Debtor Brian Brantley notice@billbusters.com,
               billbusters@bestclientinc.com;BorgesLawOffices@gmail.com
              Lydia Y Siu    on behalf of Creditor   Fifth Third Mortgage Company lsiu@atty-pierce.com,
               northerndistrict@atty-pierce.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Philip V Martino    philip.martino@quarles.com,
               pmartino@ecf.epiqsystems.com;jim.irving@DLApiper.com;colleen.greer@quarles.com;wemet@quarles.com
              Zeljko  Popovic    on behalf of Debtor Brian Brantley notice@billbusters.com,
               Billbusters@bestclientinc.com
                                                                                             TOTAL: 6