PAMELA S. HOLLIS
UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BRANTLEY, BRIAN | § | Case No. 11-44422 |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

PHILIP V. MARTINO, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                          Assets Exempt:
*(Without deducting any secured claims)*


Total Distributions to Claimants:          Claims Discharged
                                           Without Payment:


Total Expenses of Administration:

3) Total gross receipts of $              (see **Exhibit 1**), minus funds paid to the debtor and third parties of $          (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on                . The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/PHILIP V. MARTINO_____
                                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Brian Brantley | | | |
| | | | |
| BRIAN BRANTLEY | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Fifth Third Bank Bankruptcy Department, 1830 E Paris Ave Se Grand Rapids, MI 49546 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILIP V. MARTINO | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Crystal Brantley;10934 S. Esmond;Chicago, IL 60643 | | | | | |
| 000001 | NELNET | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express American Express Special Research Po Box 981540 El Paso, TX 79998 | | | | | |
| | Hsbc Bank Attn: Bankruptcy Po Box 5213 Carol Stream, IL 60197 | | | | | |
| | Nationwide Credit & Co 815 Commerce Dr. Suite 100 Oak Brook, IL 60523 | | | | | |
| | Nelnet Lns Attention: Nelnet Claims Po Box 17460 Denver, CO 80217 | | | | | |
| | Nelnet Lns Attention: Nelnet Claims Po Box 17460 Denver, CO 80217 | | | | | |
| | Tnb-Visa  (TV) / Target C/O Financial & Retail Services Mailstop BV P.O.Box 9475 Minneapolis, MN 55440 | | | | | |
| | U S Dept Of Housing 451 7th St Sw Washington, DC 20410 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | CITIBANK, N.A. | | | | | |
| | CITIBANK, N.A. | | | | | |
| | NELNET | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

0/1/2016

Page:   1

Exhibit 8

| Case No: | 11-44422 | PSH | Judge: PAMELA S. HOLLIS |
| Case Name: | BRANTLEY, BRIAN | | |

For Period Ending:  10/03/12

| Trustee Name: | PHILIP V. MARTINO |
| Date Filed (f) or Converted (c): | 10/31/11 (f) |
| 341(a) Meeting Date: | 12/07/11 |
| Claims Bar Date: | 03/12/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL ESTATE LOCATED AT: 11155 S. ESMOND STREET CHI | 78,000.00 | 0.00 | | 0.00 | FA |
| 2. CHECKING ACCOUNT WITH BANK OF AMERICA | 100.00 | 0.00 | | 0.00 | FA |
| 3. CHECKING ACCOUNT WITH 5/3 BANK | 50.00 | 0.00 | | 0.00 | FA |
| 4. SAVINGS ACCOUNT WITH 5/3 BANK | 75.00 | 0.00 | | 0.00 | FA |
| 5. SAVINGS ACCOUNT WITH CHICAGO FIREMENS CREDIT UNION | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. USED HOUSEHOLD GOODS | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. PERSONAL USED CLOTHING | 300.00 | 0.00 | | 0.00 | FA |
| 8. TERM LIFE INSURANCE THROUGH EMPLOYER - NO CASH SUR | 0.00 | 0.00 | | 0.00 | FA |
| 9. 457(B) PLAN | 7,787.94 | 0.00 | | 0.00 | FA |
| 10. FIREMEN'S ANNUITY AND BENEFIT FUND OF CHICAGO | 38,387.09 | 0.00 | | 0.00 | FA |
| 11. ANTICIPATED 2011 FEDERAL TAX REFUND | 9,000.00 | 0.00 | | 12,169.05 | FA |
| 12. 2001 JEEP CHEROKEE SPORT UTILITY 4-DOOR 4-WHEEL DR | 2,079.00 | 0.00 | | 0.00 | FA |
| 13. 1993 FORD EXPLORER SPORT UTILILTY 2-DOOR 4-WHEEL | 457.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $138,236.03 | $0.00 | | $12,169.05 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/30/12     Current Projected Date of Final Report (TFR): 06/30/12

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 7)*

Ver: 17.00

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-44422 -PSH | | Trustee Name: | PHILIP V. MARTINO |
| Case Name: | BRANTLEY, BRIAN | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******6245 BofA - Checking Account |
| Taxpayer ID No: | *******2534 | | | |
| For Period Ending: | 10/03/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/09/12 | 11 | Ohio Valley Bank Electronic Refund | IRS Refund check | 1124-000 | 12,169.05 | | 12,169.05 |
| 05/02/12 | 000301 | Brian Brantley | $1,639.00 as Exemption | 8100-000 | | 3,669.05 | 8,500.00 |
| | | | $2,030.05  post petition money to Debtor | | | | |
| 07/10/12 | 000302 | PHILIP V. MARTINO | Chapter 7 Compensation/Fees | 2100-000 | | 1,504.54 | 6,995.46 |
| | | QUARLES & BRADY LLP | | | | | |
| | | SUITE 4000 | | | | | |
| | | 300 NORTH LASALLE STREET | | | | | |
| | | CHICAGO, IL  60654 | | | | | |
| 07/10/12 | 000303 | Nelnet | Claim 000001, Payment 100.04441% | | | 1,126.29 | 5,869.17 |
| | | 3015 South Parker Road Suite 400 | (1-1) Student Loan Obligation | | | | |
| | | Aurora CO 80014 | | | | | |
| | | | Claim        1,125.79 | 5800-000 | | | |
| | | | Interest           0.50 | 7990-000 | | | |
| 07/10/12 | 000304 | Citibank, N.A. | Claim 000002, Payment 100.04478% | | | 4,914.58 | 954.59 |
| | | c/o American InfoSource LP | | | | | |
| | | PO Box 248840 | | | | | |
| | | Oklahoma City, OK 73124-8840 | | | | | |
| | | | Claim        4,912.38 | 7100-000 | | | |
| | | | Interest           2.20 | 7990-000 | | | |
| 07/10/12 | 000305 | BRIAN BRANTLEY | Surplus Funds | 8200-002 | | 954.59 | 0.00 |
| | | 11155 S. ESMOND | | | | | |
| | | CHICAGO, IL  60643 | | | | | |

Page Subtotals            12,169.05            12,169.05

Ver: 17.00

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

FORM 2

Page: 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 11-44422  -PSH |
| Case Name: | BRANTLEY, BRIAN |
| Taxpayer ID No: | *******2534 |
| For Period Ending: | 10/03/12 |

| | |
|---|---|
| Trustee Name: | PHILIP V. MARTINO |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******6245  BofA - Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 12,169.05 | 12,169.05 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 12,169.05 | 12,169.05 | |
| | | | Less: Payments to Debtors | | | 4,623.64 | |
| | | | Net | | 12,169.05 | 7,545.41 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| BofA - Checking Account - *******6245 | 12,169.05 | 7,545.41 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 12,169.05 | 7,545.41 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals       0.00       0.00

Ver: 17.00

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*